UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Brian Dowden, | Civil Action No. 10-6019 (SRC)(MAS) |
| Plaintiff, | |
| v. | ORDER |
| City of East Orange, et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court for a telephone status conference on July 15, 2011, during which several discovery disputes were discussed; and the Court having carefully reviewed and, in considered the letter submissions and each party's legal positions; and for other good cause shown,

IT IS on this **19th** day of **July**, 2011,

**ORDERED** as follows:

1. By **July 22, 2011**, Defendant Philip Davis shall provide answers to Plaintiff's Interrogatories.

2. By **August 15, 2011**, the following discovery shall be produced:

    a. Defendants shall produce the entire personnel file of both Defendant Police Officers Philip Davis and Quantina Walker.

    b. Defendants shall produce any and all civil lawsuits filed against the City of East Orange and the East Orange Police Department within the past five (5) years, which involve allegations of false arrest, malicious prosecution, racial discrimination or profiling, abuse of authority and planting of a weapon.

    c. The Defendants shall produce summary reports for all Internal Affairs investigations occurring within the past five (5) years, which involve allegations of false arrest, malicious prosecution, racial discrimination or profiling, abuse of authority and planting of a weapon. Upon receipt and review of the aforementioned reports, if deemed appropriate, Plaintiff is granted leave to file a

   supplemental discovery demand for the entire Internal Affairs investigation file for any files that Plaintiff, in good faith, believes is necessary and relevant to his Complaint.

   d. Defendants shall grant Plaintiff access to the investigation files and reports associated with case numbers 09-15058 and 09-15116 for an in-person inspection of same

3. By **August 18, 2011**, Defendants shall produce the audio recordings of the underlying incident in question to the Plaintiff.

_____
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**